**02–80.  State ex rel. Commt. for the Referendum of Ordinance No. 77–01 v. Glavas.**

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs

of mandamus and prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.